**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| HEALTHSPOT, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>COMPUTERIZED SCREENING, INC.,<br><br>               Defendant. | CASE NO. 1:14-cv-00804-JG<br><br>JUDGE DONALD NUGENT |

## DEFENDANT COMPUTERIZED SCREENING, INC.'S NOTICE OF APPEAL

Defendant, Computerized Screening, Inc. ("CSI"), by counsel, hereby appeals to the United States Court of Appeals for the Federal Circuit the following Orders of this Court:

1.      The Court's Order denying CSI's Motion to Dismiss (Doc. 30).

2.      The Court's Claim Construction Order (Doc. 47).

3.      The Court's Memorandum and Opinion in support of Final Judgment (Doc. 104).

4.      The Court's Final Judgment on Non-Infringement (Doc. 105).

5.      The Court's Order denying CSI's Motion to Alter or Amend Judgment (114).

CSI further appeals from all adverse orders, decisions, ruling, and findings related to the items enumerated above.  CSI has tendered with this Notice the appropriate filing fees for the appeal.

Dated:  January 4, 2016                    Respectfully submitted,


                                           */s/ Marquettes D. Robinson*
                                           Amanda Martinsek (0058567)
                                           Marquettes D. Robinson (0074268)
                                           THACKER MARTINSEK LPA
                                           2330 One Cleveland Center
                                           1375 East 9th Street
                                           Cleveland, OH  44114
                                           Tel: (216) 456-3840
                                           Fax: (216) 456-3850
                                           E-mail:   amartinsek@tmlpa.com
                                                     mrobinson@tmlpa.com


                                           *OF COUNSEL*:

                                           Jennifer E. Hoekel *(admitted pro hac vice)*
                                           Missouri Bar No. 45580
                                           Jessica M. Mendez (*admitted pro hac vice*)
                                           Missouri Bar No. 63094
                                           ARMSTRONG TEASDALE LLP
                                           7700 Forsyth Blvd., Suite 1800
                                           St. Louis, Missouri  63105
                                           Tel: (314) 621-5070
                                           Fax: (314) 621-5065
                                           E-mail:  jhoekel@armstrongteasdale.com
                                                    jmendez@armstrongteasdale.com


                                           *Attorneys for Defendant*
                                           *Computerized Screening, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 4, 2016, a copy of the foregoing DEFENDANT'S NOTICE OF APPEAL was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Marquettes D. Robinson*
*Attorney for Defendant Computerized*
*Screening, Inc.*

687785

3